IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEVEN M. JOHNSON, P.C. d/b/a          §
THE JOHNSON LAW FIRM,                  §
                                       §
                    Plaintiff,         §
                                       § Civil Action No. 3:16-CV-0493-D
VS.                                    §
                                       §
WILLIAM DRAKE,                         §
                                       §
                    Defendant.         §

## ORDER

No later than March 21, 2016, plaintiff must file a written response explaining why it did not

file a notice of related case, as N.D. Tex. Civ. R. 3.3(a) requires, when it filed this action.  Because

plaintiff's petition to compel arbitration discloses at least one related case, *see* Pet. ¶¶ 7, 8, it is not

clear why plaintiff did not comply with Rule 3.3(a).  The court does not intend to impose sanctions

for this failure unless it was intentional.

**SO ORDERED**.

March 7, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE